■ AMERICAN HOME PRODUCTS CORP. et al., Plaintiffs, v. NATIONAL CARLOADING CORPORATION et al., Defendants. NATIONAL CARLOADING CORPORATION, Defendant and Third-Party Plaintiff-Respondent, v. MIDWEST HAULERS, INC., Third-Party Defendant-Appellant.—

Concur — Markewich, J. P., Kupferman, Steuer, Tilzer and Eager, JJ.